# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION



Adena Hoplite,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-3268

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On June 1, 2021, Magistrate Judge Deavers, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending the Court overrule Adena Hoplite's ("Plaintiff") Statement of Specific Errors and affirm the decision of the Commissioner of Social Security ("Commissioner"). R&R, ECF No. 13. The R&R notified the parties of their right to object to the same and warned that failure to timely object would amount to a waiver of the right to *de novo* review by the Undersigned as well as waiver of the right to appeal the Undersigned's decision adopting the R&R. *Id.* at 21–22. No timely objections were filed.

Accordingly, the Court **ADOPTS** the R&R, **OVERRULES** Plaintiff's Statement of Specific Errors, and **AFFIRMS** the Commissioner's decision. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT